**<u>NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER</u>**

<span style="color:red">**Electronically Filed
Intermediate Court of Appeals
CAAP-22-0000308
18-JUL-2024
09:26 AM
Dkt. 51 OAWST**</span>

NO. CAAP-22-0000308

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, FOR THE
LXS 2005-9N TRUST FUND, Plaintiff-Appellee,
v.
MYRNA TOLBE TUMBAGA and ROGER BOLUSAN TUMBAGA,
Defendants-Appellants
and
IRENEA BOLUSAN TUMBAGA; THE BANK OF NEW YORK MELLON FKA THE BANK
OF NEW YORK, AS SUCCESSOR TRUSTEE TO JPMORGAN CHASE BANK, N.A.,
AS TRUSTEE ON BEHALF OF THE CERTIFICATEHOLDERS OF THE CWHEQ
INC., CWHEQ REVOLVING HOME EQUITY LOAN TRUST, SERIES 2006-C;
MIDLAND FUNDING LLC, Defendants-Appellees
and
JOHN DOES 1-20; JANE DOES 1-20; DOE CORPORATIONS 1-20; DOE
ENTITIES 1 20; AND DOE GOVERNMENTAL UNITS 1-20,
Defendants

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 1CC161000015)

<u>ORDER</u>
(By: Hiraoka, Presiding Judge, Nakasone and McCullen, JJ.)

Upon consideration of the "Stipulation for Dismissal
with Prejudice of Notice of Appeal Filed April 29, 2022," by

Defendants-Appellants Myrna Tolbe Tumbaga and Roger Bolusan Tumbaga, the papers in support, and the record, it appears that (1) the appeal has docketed; (2) the parties stipulated to dismiss the appeal with prejudice, under Hawaiʻi Rules of Appellate Procedure (**HRAP**) Rule 42(b), and have addressed attorneys' fees and costs; and (3) the stipulation is dated and signed by counsel for all parties appearing in the appeal.

Therefore, IT IS HEREBY ORDERED that the stipulation is approved and the appeal is dismissed with prejudice. The parties shall bear their own attorneys' fees and costs on appeal.

DATED:  Honolulu, Hawaiʻi, July 18, 2024.

/s/ Keith K. Hiraoka
Presiding Judge

/s/ Karen T. Nakasone
Associate Judge

/s/ Sonja M.P. McCullen
Associate Judge